552 A.2d 667

**BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF PHILADELPHIA**

v.

**Catherine KUSHNER, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 18, 1989.

Decided Jan. 25, 1989.

Alfred D. Whitman, Philadelphia, for appellant.

Patricia A. Donovan, Asst. General Counsel, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.